466 A.2d 718

Commonwealth v. Boyd, Appellant.

Submitted March 17, 1983.  Thomas Edward Seus, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., ROWLEY and CIRILLO, JJ.

Order affirmed.